IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

CARYLYN LATER,

              Plaintiff,        Civ. No. 12-144-CL

                                      **TEMPORARY RESTRAINING ORDER**

   v.

US BANK NATIONAL ASSOCIATION,
AS TRUSTEE FOR THE OF THE
FIRST FRANKLIN MORTGAGE LOAN
TRUST, MORTGAGE LOAN ASSET-
BACKED CERTIFICATES, SERIES
2007-1 and RECONTRUST COMPANY,
N.A.,

              Defendants.

---

**PANNER, J.**

    Plaintiff seeks an ex parte temporary restraining order to enjoin the foreclosure sale of her house. Plaintiff alleges the house is scheduled for a foreclosure sale on February 13, 2012 and defendants have not complied with the legal requirements for a valid non-judicial foreclosure. Amongst other arguments, plaintiff alleges defendants failed to record all assignments of the trust deed in the county land records prior to initiating the foreclosure proceedings. In Oregon, a party initiating non-judicial foreclosure proceedings must record all assignments of

1  - ORDER

the trust deed. ORS 86.735(1); <u>Hooker v. Northwest Trustee Services, Inc.</u>, 2011 WL 2119103, *3 (D. Or. May 25) (citing <u>Burgett v. MERS</u>, 2010 WL 4282105, at *2 (D. Or. Oct. 20) and <u>In re McCoy</u>, 2011 WL 477820, at *3-4 (Bankr. D. Or. Feb. 7)). Plaintiff alleges MERS is listed as the beneficiary on the deed of trust at issue.

Because of the alleged imminent foreclosure sale, and because the presence of MERS demonstrates a high probability that defendants did not comply with the recording requirements of the Oregon Trust Deed Act, I grant plaintiff's request for a temporary restraining order (#3). Defendants, and their officers, agents, etc..., and other persons in active concert or participation with defendants, who receive actual notice of this order, are restrained from conducting a foreclosure sale for the following property: 3450 Table Rock Road, Medford, Oregon, from this day until February 17, 2012, at 5:00 p.m. This court will hold a hearing on whether to issue a preliminary injunction at 10:00 a.m. on February 17, 2012, in Medford.

IT IS SO ORDERED.

DATED this **3** day of February, 2012 at **10:00** o'clock ___.

OWEN M. PANNER
U.S. DISTRICT JUDGE

2 - ORDER